IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MINS SHAQUEILE WILKERSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19cv00848 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| FRANK MARDAVICH, et al., | ) | By: Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

Plaintiff Mins Shaqueile Wilkerson, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By conditional filing orders entered December 17 and 30, 2019, the court advised that Wilkerson must notify the court immediately in writing upon any transfer or release and must provide the court with a new address. See ECF Nos. 3 and 5. On July 6, 2020, the court's Roseboro notice (ECF No. 26) was returned to the court as undeliverable and with no forwarding address. See ECF No. 27. Wilkerson has not provided the court with an updated address as required by the court's orders. Accordingly, the court will dismiss Wilkerson's complaint without prejudice. Wilkerson is advised that the claims raised in this action may be refiled in a separate action, subject to the applicable statute of limitations.

**ENTER**: This \_\_7th\_\_ day of July, 2020.

_/s/ Michael F. Urbanski_
Michael F. Urbanski
Chief United States District Judge